# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130979 & (47)(48)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                        SC: 130979
                                        COA: 258071
                                        Oakland CC: 2004-196241-FC

DUANE ALLEN MILLS,
     Defendant-Appellant.

_____/

     On order of the Court, the motion to add issue is GRANTED. The application for leave to appeal the March 2, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk

d0918